# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

V.                                                    CASE NO.: 8:24-cr-551-WFJ-NHA-1

**ELVIN DONAHEL HERNANDEZ AMADOR**
_____ /

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND TO EXTEND PRE-TRIAL MOTIONS FILING DEADLINE

Elvin Donahel Hernandez Amador, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term in this matter, which is currently set for the Court's June 2025 trial term, commencing with date certain June 2,2025. The defense respectfully submits that a sixty-day continuance is necessary for effective preparation and that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv). The Government is not opposed to this request.[1]

Mr. Hernandez Amador stands charged via a three-count Indictment with Aggravated Identity Theft, False Representation of a Social Security Number, and

---

[1] The undersigned has conferred with Assistant United States Attorney Karyna Valdes who has advised the government is not opposed to this request.

False Claim of United States Citizenship, all in violation of 18 U.S.C. § 1028A(a)(l), 42 U.S.C. § 408(a)(7)(B), 18 U.S.C. § 1015(e). Doc. 1. He had his arraignment on February 18, 2025, before Honorable Thomas G. Wilson, whereafter he remained in the US Marshals' custody. The Federal Defender's Office has been appointed to Mr. Hernandez Amador's case and the Court has issued its Pretrial Discovery Order and Notice of Trial and Status Conference on February 19, 2025, setting the matter for the April 2025 trial term. Docs. 10 -12.   Undersigned received discovery on March 5, 2025, which per Pretrial Discovery order and Notice, set the pretrial deadline for April 4, 2025. Doc.12. Defense filed a continuance of which was granted, resetting this matter for the June trial term and with a pretrial motion filing deadline for June 3, 2025. Docs. 17-18. Defense seeks an extension of pre-trial motion filing deadline by sixty days to permit defense additional time to perform legal research.

Importantly, the parties are in ongoing discussions and believe a two-cycle continuance would be sufficient and necessary to complete the negotiations. Specifically, the undersigned recently received a plea offer and needs to convey and discuss the offer with Mr. Hernandez Amador at the Pinellas County Jail with the assistance of a translator,  This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings. The undersigned has conferred with Mr. Hernandez Amador, and he understands that the request at bar

2

constitutes a waiver of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, for the reasons discussed herein, this Motion ought to be GRANTED.

DATED this 28th day of May, 2025.

                                                    Respectfully submitted,

                                                    A. FITZGERALD HALL, ESQ.
                                                    FEDERAL DEFENDER

                                                    */s/ Laura G. Hastay*
                                                    Laura G. Hastay, Esq.
                                                    Assistant Federal Defender
                                                    Georgia Bar No. 637941
                                                    400 North Tampa St. Suite 2700
                                                    Tampa, FL 33602
                                                    Telephone:  (813) 228-2715
                                                    Facsimile:   (813) 228-2562
                                                    Email: laura_hastay@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

>*/s/ Laura G. Hastay*
>Laura G. Hastay, Esq.
>Assistant Federal Defender